UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| ARTHUR D. HOOKS | * | CIVIL ACTION NO. 17-5264 |
| --- | --- | --- |
| | * | |
| | * | SECTION: "S"(1) |
| VERSUS | * | |
| | * | JUDGE MARY ANN VIAL LEMMON |
| SOCIAL SECURITY ADMINISTRATION, | * | |
| Nancy A. Barryhill, Commissioner | * | MAGISTRATE JUDGE |
| | * | JANIS VAN MEERVELD |
| ************************************* | * | |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that this action be and hereby is TRANSFERRED to the Western District of Texas – Austin Division. See 28 U.S.C. § 1406(a).

New Orleans, Louisiana, this 31st day of August, 2017.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

1